| AGF&J | Abrams, Gorelick, Friedman & Jacobson, LLP<br>Attorneys At Law | One Battery Park Plaza<br>4th Floor<br>New York, NY 10004 | Phone: 212-422-1200<br>Fax: 212-968-7573<br>www.agfjlaw.com |
|---|---|---|---|

September 4, 2012

Via ECF
Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Oved v. Focus Receivables Management, LLC.
            Case No.:    11-CV-00768 (RRM)(RNL)
            Our File No.:   7613

Dear Judge Mauskopf:

I represent the defendant in the above matter, and write, with plaintiff's counsel's consent, to request an adjournment of the status conference currently scheduled before Your Honor on September 11, 2012. I write to request an adjournment of that conference because I have a conflict. I am committed to participating in depositions which have been court ordered in a legal malpractice case pending in Supreme Court, Nassau County.

I have conferred with Mr. Fishbein, and together we request the following as alternate times for scheduling of the conference, subject to the Court's consent. We suggest September 19 in the afternoon hours, September 24 all day, and September 27, in the morning hours.

There has been no previous request for adjournment or extension, and this request does not affect any other scheduled dates. As stated above, I have communicated with Mr. Fishbein by e-mail, and he consents to adjournment of the status conference.

I look forward to further instruction from the Court.

Thank you for your consideration of the above.

Respectfully yours,
ABRAMS, GORELICK, FRIEDMAN
& JACOBSON, LLP

BY: _____
      Barry Jacobs

CC:    Via E-mail: fishbeinadamj@gmail.com
       Mr. Adam J. Fishbein, Esq.
       483 Chestnut Street
       Cedarhurst, New York 11516